JS-6
O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARLE WASHINGTON, JR., <br> Petitioner <br> v. <br> WL MONTGOMERY, <br> Respondent. | Case No. 5:22-cv-01052-JGB (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed without prejudice.

DATE: May 24, 2023

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE