UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CESAR VEGA DURAN,<br><br>Petitioner<br><br>v.<br><br>E. BORLA, Warden,<br><br>Respondent. | Case No. 5:22-cv-01052-JGB (GJS)<br><br>**ORDER: ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; AND DENYING MOTION** |
|---|---|

Pursuant to 28 U.S.C. § 636, the Court has reviewed the 28 U.S.C. § 2254 petition in this case (Dkt. 1) and all relevant pleadings and other documents filed and lodged in this action, Petitioner's "Motion and Declaration for Discovery Pursuant to Rule 6, Habeas Corpus" (Dkt. 3, "Motion"), and the Report and Recommendation of United States Magistrate Judge (Dkt. 23, "Report"). The time for filing Objections to the Report has passed and no Objections have been received by the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, **IT IS ORDERED** that: (1) Petitioner's 28 U.S.C. § 2254 habeas petition is denied; (2) the Motion is denied; (3) Petitioner's request for an

evidentiary hearing is denied; and (4) the Petition is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 20, 2024

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE